**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Gerald D. Yingst, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No.   4:14-cv-2062-RWS |
| | ) |
| County of St. Louis, Missouri, et al., | ) |
| | ) |
|     Defendants. | ) |

**CONSENT MOTION TO AMEND CASE MANAGEMENT ORDER**

Comes now Plaintiff, with Defendants' consent, and moves this Court to amend the Case Management Order in this matter to extend the deadline for motions for joinder of additional parties or amendment of pleading from July 10, 2015, to July 28, 2015. In support, Plaintiff states:

1. The current deadline for motions for joinder of additional parties or amendment of pleadings is July 10, 2015. Doc. # 22.

2. The parties are in the midst of settlement negotiations and mediation is scheduled for July 21, 2015.

3. The parties believe that extending the deadline for joinder or amendment to one week after mediation will aid the parties in reaching an amicable resolution by allowing Plaintiff to wait until after it is determined if the case can be settled before amending to add an additional party or parties.

4. Defendants consent to this request.

WHEREFORE Plaintiff requests that the Case Management Order be modified to extend, through July 28, 2015, the deadline for motions for joinder or amendment of pleadings.

   Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Andrew J. McNulty, #67138MO
AMERICAN CIVIL LIBERTIES UNION OF
   MISSOURI FOUNDATION
454 Whittier Street
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
amcnulty@aclu-mo.org

Gillian R. Wilcox, #61278MO
AMERICAN CIVIL LIBERTIES UNION OF
   MISSOURI FOUNDATION
3601 Main Street
Kansas City, Missouri 64111
Telephone: (816) 470-9938
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

I certify that on July 6, 2015, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

/s/ Anthony Rothert