UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALD D. TINGST, III, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:14 CV 2062 RWS |
| ST. LOUIS COUNTY, MISSOURI, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court having been notified that this action has settled,

**IT IS HEREBY ORDERED** that the Jury Trial set for February 16, 2016 is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2015.